*SEALED*

```
                        FILED      ___ RECEIVED
                    X ___          ___ SERVED ON
                      ENTERED      COUNSEL/PARTIES OF RECORD

                      January 14, 2014

                      CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA LIVOLSI,<br><br>Defendant. | 2:10-cr-578-PMP-GWF<br><br>**SEALED ORDER** |

IT IS THEREFORE ORDERED that the hearing currently scheduled for Wednesday, January 15, 2014, at the hour of 3:00 p.m., be vacated and continued to Wednesday, March 26, 2014 at the hour of 3:00 p.m., in Courtroom 3C, before Magistrate Judge Nancy J. Koppe.

FURTHER ORDERED Ms. Kirtley shall file an Amended Certificate of Service indicating that personal service of the Sealed Motion to Continue Arraignment and Plea was served on government counsel as this case is SEALED, and therefore, electronic service (ECF) will not be automatically generated.

DATED this 14th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE