UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI and WILLIAM LIVOLSI, JR.,<br><br>　　　　　Defendants. | 2:10-CR-00578-PMP-GWF<br><br><br><br>ORDER |

　　　　IT IS ORDERED that Defendant William Livolsi, Jr.'s Request to Conform Docket Sheet Entries Regarding Replies Due Date to the Court's Order Regarding Pretrial Motions (Doc. #161) is hereby GRANTED. The reply deadline is August 20, 2014, as set forth in this Court's Order (Doc. #147).

DATED: August 6, 2014

_____
PHILIP M. PRO
United States District Judge