

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|               Plaintiff, ) | |
| v.  ) | 2:10-CR-578-PMP-(GWF) |
| LINDA LIVOLSI, ) aka LINDA G. FINDLEY, ) aka LINDA GROGG, ) | |
|               Defendant. ) | |

## ORDER OF FORFEITURE

This Court finds that on October 15, 2014, defendant LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG pled guilty to Counts Two and Four of an Eight-Count Superseding Criminal Indictment charging her in Count Two with Wire Fraud in violation of Title 18, United States Code, Section 1343 and in Count Four with False and Fraudulent Tax Returns in violation of Title 26, United States Code, Section 7206(1). Superseding Criminal Indictment, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG agreed to the forfeiture of the in personam criminal forfeiture money judgment of $5,015,000 set forth in the Plea Agreement and the Forfeiture Allegation in the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 110; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

. . .

This Court finds that LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG shall pay a criminal forfeiture money judgment of $5,015,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and title 21, Untied States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LINDA LIVOLSI, aka LINDA G. FINDLEY, aka LINDA GROGG a criminal forfeiture money judgment in the amount of $5,015,000 in United States Currency.

DATED this 15th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE