```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

        OCT 15 2014

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 2:10-CR-578-PMP-(GWF) |
| WILLIAM LIVOLSI, JR., | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court finds that on October 15, 2014, defendant WILLIAM LIVOLSI, JR. pled guilty to Count Two of an Eight-Count Superseding Criminal Indictment charging him in Count Two with Wire Fraud in violation of Title 18, United States Code, Section 1343. Superseding Criminal Indictment, ECF No. 110; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant WILLIAM LIVOLSI, JR. agreed to the forfeiture of the in personam criminal forfeiture money judgment of $5,015,000 set forth in the Plea Agreement and the Forfeiture Allegation in the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 110; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that WILLIAM LIVOLSI, JR. shall pay a criminal forfeiture money judgment of $5,015,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from WILLIAM LIVOLSI, JR. a criminal forfeiture money judgment in the amount of $5,015,000 in United States Currency.

DATED this 15th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE