

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

            APR 2 1 2015

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-578-APG-(GWF) |
| WILLIAM LIVOLSI, JR., | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on October 15, 2014, that WILLIAM LIVOLSI, JR., shall pay the criminal forfeiture money judgment of $5,015,000 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).  Superseding Criminal Indictment, ECF No. 110, Change of Plea, ECF No. 181; Plea Agreement, ECF No. 185; Order of Forfeiture, ECF No. 186.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from WILLIAM LIVOLSI, JR., the criminal forfeiture money judgment in the amount of $5,015,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

///

///

///

///

1. United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title
2. 21, United States Code, Section 853(p).
3.     DATED this ___ day of _April_, 2015.

 

                       /s/
                UNITED STATES DISTRICT JUDGE