UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI,<br><br>                Defendant. | Case No. 2:10-cr-578-APG-GWF<br><br>**SECOND ORDER EXTENDING SELF-SURRENDER DATE FOR LINDA LIVOLSI**<br><br>(Dkt. #217) |

    Defendant Linda Livolsi has filed another emergency motion to extend her self-surrender date based upon her apparent worsened health condition and upcoming medical appointments. (Dkt. #217.) Her request was accompanied by photographs and a physician's letter. In order to allow Ms. Livolsi some additional time to address her medical issues, I will extend her self-surrender date until noon on October 30, 2015. Further extensions of this surrender date are unlikely. The Bureau of Prisons has medical staff and facilities that should be able to address Ms. Livolsi's condition.

    IT IS HEREBY ORDERED that Linda Livolsi's emergency motion **(Dkt. #217) is GRANTED IN PART.** Her self-surrender date is hereby extended to noon on October 30, 2015.

Dated: August 18, 2015.

                                                               ANDREW P. GORDON<br>
                                                               UNITED STATES DISTRICT JUDGE