UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:10-cr-578-APG-GWF |
|---|---|
| Plaintiff, | **ORDER DENYING EXTENSION OF SELF-SURRENDER DATE FOR LINDA LIVOLSI** |
| v. | |
| LINDA LIVOLSI, | (Dkt. #226) |
| Defendant. | |

Defendant Linda Livolsi has filed a third emergency motion to extend her self-surrender date. (Dkt. #226.) The reasons offered in her motion do not justify extending her self-surrender date.

IT IS HEREBY ORDERED that Linda Livolsi's emergency motion **(Dkt. #226) is DENIED.** Her self-surrender date remains as noon on October 30, 2015.

Dated: October 22, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE