UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI,<br><br>                              Defendant. | Case No. 2:10-cr-578-APG-GWF<br><br>**THIRD ORDER EXTENDING SELF-SURRENDER DATE FOR LINDA LIVOLSI**<br><br>(Dkt. #231) |

Defendant Linda Livolsi has filed another emergency motion to extend her self-surrender date based upon her apparent health condition and upcoming medical appointment. (Dkt. #231.) Twice previously I extended her self-surrender date. In order to allow the Government an opportunity to respond to Ms. Livolsi's latest I will grant a two-week extension of her self-surrender date, until **noon on Friday, November 13, 2015**. By **noon on Monday, November 9, 2015**, the Government shall file a brief explaining whether the Bureau of Prisons has sufficient medical staff and facilities to quickly assess and address Ms. Livolsi's health conditions when she self-surrenders. Ms. Livolsi is hereby warned that, **absent extraordinary circumstances, this will be the last extension I grant**. Therefore, she should accelerate all appointments and undertake all final preparations she feels she needs.

IT IS HEREBY ORDERED that Linda Livolsi's emergency motion **(Dkt. #231) is GRANTED IN PART.** Her self-surrender date is hereby extended to noon on November 13, 2015.

Dated: October 29, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE