**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA LIVOLSI,<br><br>Defendant. | Case No. 2:10-cr-578-APG-GWF<br><br>**ORDER CONFIRMING SELF-SURRENDER DATE FOR LINDA LIVOLSI**<br><br>(Dkt. #233) |

The Government's response (Dkt. #235) to defendant Linda Livolsi's latest emergency motion (Dkt. #233) to extend her self-surrender date confirms that the Bureau of Prisons has sufficient medical staff and facilities to quickly assess and address Ms. Livolsi's health conditions when she self-surrenders. Therefore, no further extensions of the self-surrender date are needed.

IT IS HEREBY ORDERED that Linda Livolsi's self-surrender date is hereby confirmed as **noon this coming Friday, November 20, 2015**.

Dated: November 17, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE